TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
*thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RONALD INGRAM, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LAS VEGAS COUNTRY CLUB, a Domestic Corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>　　　　Defendants. | CASE NO: 2:15-cv-02412-GMN-GWF<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

　　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff RONALD INGRAM, by and through his counsel, Trevor J. Hatfield, Esq., of Hatfield & Associates, Ltd., and Defendant LAS VEGAS COUNTRY CLUB ("LVCC"), by and through its counsel Howard E Cole, Esq., of Lewis Roca Rothgerber Christie LLP, do hereby stipulate to the dismissal of this entire action, including all claims and causes of action asserted by Plaintiff against LVCC, with prejudice.

///

///

///

///

///

///

///

The parties agree that each party will bear its own costs and fees.

| | |
|---|---|
| Dated: November 14, 2016 | Dated: November 14, 2016 |
| Respectfully submitted, | Respectfully submitted, |
| HATFIELD & ASSOCIATES, LTD. | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| */s/ Trevor J. Hatfield* | */s/ Howard E. Cole* |
| By: Trevor J. Hatfield, Esq. (SBN 7373) | By: Howard E. Cole, Esq. (SBN 4950) |
| 703 South Eighth Street | Matthew W. Park, Esq. (SBN 12062) |
| Las Vegas, Nevada 89101 | 3993 Howard Hughes Parkway, Suite 600 |
| (702) 388-4469 Tel. | Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff* | (702) 949-8315 Tel. |
| | *Attorneys for Defendant* |

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

Dated   November 15, 2016